**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMIE ROSASCHI,
           Appellant,

vs.

ANTHONY CARTER,
           Respondent.

No. 69063

**FILED**

DEC 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

On October 28, 2015, this court issued a notice to appellant regarding the applicable deadlines for filing in this appeal. That notice included the direction to file, within 15 days, a transcript request form or certificate that no transcripts would be requested, and, within 20 days, a docketing statement that complies with NRAP 14. The notice further cautioned appellant that failure to timely file any of the documents may result in dismissal of the appeal. To date, appellant has failed to file either the transcript request form or certificate of no transcript request or the docketing statement. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

                                 , J.
Parraguirre

              , J.                           , J.
Douglas                                Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38221

cc:   Hon. Jerome M. Polaha, District Judge
      Jamie A. Rosaschi
      Kent Law
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A